**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT AND LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr. Saul Singer, Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,

Plaintiffs,

- against -

AMEC CONSTRUCTION, LLC d/b/a AMEC COMMERICAL,

Defendant.

Civil Action No. 7:17-cv-02011 (CS)

**STIPULATION OF VOLUNTARY DISMISSAL**

**WHEREAS**, on August 26, 2016, non-party AMEC Commercial, LLC, entered into two job-site specific agreements with Local 456 of the International Brotherhood of Teamsters, governing AMEC Commercial, LLC's use of labor at such job sites; and

**WHEREAS**, Plaintiffs commenced the above captioned action against AMEC Construction, LLC, on March 20, 2017 to collect contributions, deductions, interest, liquidated damages, attorneys' fees, and costs allegedly owed by AMEC Commercial, LLC, related to hours worked by AMEC Commercial, LLC's employees in covered employment during the period September 1, 2016 through February 28, 2017 pursuant to Sections 502(g)(2) and 515 of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(g)(2), 1145, and Section 301(a) of the Labor Management Relations Action of 1947 ("LMRA"), 29 U.S.C. §185(a); and

**WHEREAS**, in light of the terms of the settlement and discontinuance referenced below, and in an effort to promote judicial economy, the parties to this action and to this stipulation have declined to effectuate an amendment to the complaint and the caption of this action to address the issues relating to the identity of the proper defendant, as such are now academic; and

**WHEREAS**, the parties have settled the claims stated in the Complaint [Docket No. 1] without admission of liability from either Defendant AMEC Construction, LLC, or non-party AMEC Commercial, LLC, and without prejudice to Plaintiffs right to file a new action in the event Plaintiffs discover other amounts owed by non-party AMEC Commercial, LLC; and

**WHEREAS**, all parties to this stipulation seek to avoid the expense and inconvenience of further proceedings concerning this action based on the parties' settlement; and

**IT IS HEREBY STIPULATED**, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action shall be voluntarily dismissed without prejudice for Plaintiffs and without awarding costs, except as provided in the parties' settlement of these claims.

**IN WITNESS WHERE OF**, the counsel to the parties have hereunto set their hands and seals as of the date(s) stated below:

DATED: April 5, 2017

**WELBY, BRADY & GREENBLATT, LLP**

By: ______________________

Gregory J. Spaun, Esq.
Attorney for Defendant AMEC Construction, LLC, and non-party AMEC Commercial, LLC
Office and Post Office Address
11 Martine Ave., 15th Floor
White Plains, New York 10606
Telephone: (914) 607-6425
Facsimile: (914) 428-2172
E-mail: gspaun@wbgllp.com

DATED: April 6, 2017

**BLITMAN & KING, LLP**

By: ______________________

Daniel Kornfeld, of Counsel
Attorneys for Plaintiffs
Office and Post Office Address
One Penn Plaza, Suite 2601
New York, New York 10119-2699
Telephone: (212) 643-2672
Facsimile: (315) 471-2623
E-mail: dekornfeld@bklawyers.com

**SO ORDERED:**

DATED: April ___, 2017

______________________

The Honorable Cathy Seibel
United States District Court Judge